

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

John Aaron Burney, Jr., Appellant

No. 06-19-00078-CR     v.

The State of Texas, Appellee

Appeal from the 369th District Court of Anderson County, Texas (Tr. Ct. No. 369CR-18-33718). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment and sentences of the trial court.

We note that the appellant, John Aaron Burney, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk